# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 22, 2021

### NO. 03-21-00228-CV

**Jenise Daigle, Appellant**

**v.**

**Marcus Shane Daigle, Appellee**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on April 13, 2021. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.